# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHELLE ESTELLA CALDERA,

Petitioner,

v.

D.G. ADAMS, Warden,

Respondent.

Case No. CV 17-1598-MWF (JEM)

**J U D G M E N T**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 13, 2018

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE